

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2024

04-24-00814-CV

**IN RE** Lynn **MADISON**

Original Proceeding[1]

### ORDER

On November 27, 2024, relator filed a petition for writ of mandamus. On December 2, 2024, relator filed a motion for temporary relief. On December 3, 2024, real parties in interest filed a response to the motion for temporary relief. On December 4, 2024, relator filed a reply in support of the motion.

After considering the mandamus petition and record, and the parties' briefing on relator's motion for emergency relief, we conclude the relator is not entitled to the relief sought. Therefore, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8. The motion for temporary relief is DENIED AS MOOT.

It is so **ORDERED** on December 18, 2024.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2024.

_Luz Estrada_
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2023-CI-09527, styled *Lynn Madison v. Roberts Markel Weinberg Butler Hailey PC and Talise De Culebra Homeowners Association, Inc.*, in the 224th Judicial District Court, Bexar County, Texas, the Honorable Angelica I. Jimenez presiding.